UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES R. LEACH,

    Plaintiff,

v.                                            Case No: 8:25-cv-1007-WFJ-SPF

KURT HOFFMAN, ANTHONY
ALLPORT, CARLA SMALL and
LORI BETH CLARK,

    Defendants.
_____/

## **O R D E R**

Before the Court is Plaintiff James R. Leach's *pro se* motion to proceed *in forma pauperis* (Dkt. 2), and the United States Magistrate Judge's report recommending that the motion be denied and the Complaint (Dkt. 1) be dismissed with prejudice. Dkt. 3. In response, Plaintiff filed several papers: an Amended Complaint, another motion to proceed *in forma pauperis*, and a motion for leave to file evidence. The time for filing objections has passed.

When a party makes timely and specific objections to the report and recommendation of the magistrate judge, the district judge shall conduct a *de novo* review of the portions of the record to which objection is made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Jeffrey S. State Bd. of Educ. of State of Ga.*, 896 F.2d 507, 512 (11th Cir. 1990). After such independent review, the Court may

accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Macort v. Prem., Inc.*, 208 F. App'x 781, 783–84 (11th Cir. 2006) (citing published opinion).

The Magistrate Judge, in a thorough and well-reasoned analysis, found that the Complaint (Dkt. 1) fails to satisfy basic pleading requirements in its factual or legal allegations, is unsigned, and is barred by res judicata. Dkt. 3. Having conducted a *de novo* and independent review of the file, and for the sound reasons explained in the Report and Recommendation, the Court rules as follows:

1. Plaintiff's filings (Dkts. 4, 5, 6), to the extent they may be considered objections, are overruled.

2. The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in all respects and made a part of this order.

3. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied. Plaintiff's Complaint (Dkt. 1) is dismissed with prejudice.

4. The Clerk is directed to terminate any pending motions and to close the case.

**DONE** and **ORDERED** in Tampa, Florida on May 12, 2025.

s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Plaintiff, *pro se*